# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

TIFFANY HOVIS, as dependent administrator of and on behalf of the ESTATE OF MATTHEW RAY MAXWELL, and MATTHEW RAY MAXWELL's heir(s)-at-law and wrongful death beneficiaries; and DONNA DIAZ, individually,
Plaintiff

v.

WICHITA COUNTY, TEXAS; and CORRHEALTH, PLLC a/k/a CORRHEALTH
Defendant

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

**Plaintiff**

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

**Tiffany Hovis, Donna Diaz, T. Dean Malone, Michael T. O'Connor, Jennifer A. Kingaard, Alexandra W. Payne, Angelika Anderson, Abrielle Perry, Wichita County, Texas, and CorrHealth, PLLC a/k/a CorrHealth**

| | |
|---|---|
| Date: | **10/05/2023** |
| Signature: | **/s/ T. Dean Malone** |
| Print Name: | **T. Dean Malone** |
| Bar Number: | **24003265** |
| Address: | **900 Jackson St., Suite 730** |
| City, State, Zip: | **Dallas, Texas 75202** |
| Telephone: | **(214) 670-9989** |
| Fax: | **(214) 670-9904** |
| E-Mail: | **dean@deanmalone.com** |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons